UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Z STREET, INC.; JUSTIN GENE FRANCE, SANGKI LEE, SUCHONG LEE; DOES 1-10, inclusive,<br><br>　　　　　Defendants. | No. 2:19-cv-2109-MCE-EFB PS<br><br><br>ORDER AND ORDER TO SHOW CAUSE |

On October 21, 2019, the court issued an order setting an initial scheduling conference for April 1, 2020, and directing the parties to file status report by no later than March 18, 2020. ECF No. 3. Defendant Z Street, Inc. timely filed a status report. ECF No. 8. Plaintiff, however, failed to separately file his own status report.

Accordingly, plaintiff is order to show cause why sanctions should not be imposed for his failure to comply with the court's October 21, 2019 order. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); *see also* E.D. Cal. L.R. 183 ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules.").

Accordingly, good cause appearing, it is hereby ORDERED that:

1. The initial scheduling conference currently set for April 1, 2020 is continued to May 6, 2020 at 10:00 a.m., in Courtroom No. 8.

2. On or before April 22, 2020, plaintiff shall file a status report in accordance with the court's October 21, 2019 order. *See* ECF No. 3.

3. Plaintiff shall show cause, in writing, no later than April 22, 2020, why sanctions should not be imposed for failure to comply with the court's October 21, 2019 order.

4. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with court orders. *See* Fed. R. Civ. P. 41(b).

DATED: March 27, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE